UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY SANTIAGO,<br><br>            Plaintiff,<br><br>      v.<br><br>BRIGHT HORIZONS CHILDRENS CENTER, INC.,<br><br>            Defendant. | 23 Civ. 11160 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 28, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for March 6, 2024. *See* ECF. No. 11. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately. The parties' request for a referral for mediation through the District's Mediation Program is **GRANTED**, and a referral order will issue separately. The parties' request for a stay of discovery pending mediation is **DENIED.** The parties may focus their preliminary discovery efforts on discovery relevant to a successful mediation, but are expected to complete discovery by Court-ordered deadlines.

SO ORDERED.

Dated: February 29, 2024
      New York, New York

_____
DALE E. HO
United States District Judge